## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| v. Case No. 3:13 cv 37 | |
| **IMOGENE FRY and** <br> **JOLLY FRY** | **DEFENDANTS** |

### CONSENT JUDGMENT

This matter coming before the Court at this time, the Court being informed in the premises and it appearing that the parties agree and consent to a judgment as set forth herein, and the Defendants, Imogene Fry and Jolly Fry, having consented to the terms of this Order and having waived any defenses and the formal service of further process in this action, it is hereby

ORDERED, ADJUDGED, AND DECREED as follows:

1. Judgment is entered for the Plaintiff in the amount of $32,375.00, joint and several.

2. Execution of the Judgment shall be stayed on the condition that the Defendants shall satisfy this Judgment by making full payment in the amount of $32,375.00. Payments shall be made in the amount of $100.00 per month, which are due and payable on the 15th of each month, beginning March 15, 2013, until the debt is satisfied in full. All checks or money orders are to be made payable to the United States Attorney's Office for the Eastern District of Arkansas. Said payments should be sent to the U.S. Department of Justice Facility, Nationwide Central Intake, P.O. Box 790363, St. Louis, MO 63179-0363.

3. That the Defendants shall submit to the Plaintiff for review on at least an annual basis a statement of his or her financial condition and that such information shall be grounds to increase the payments of the Defendants to the Plaintiff at that time.

4. The Judgment shall be filed with the county clerk of the county of residence of the Defendants and any other jurisdiction where the Plaintiff deems appropriate.

5. In the event the Defendants default in the payment of any installment due under this order, upon application by the Plaintiff after notice to the Defendants, an execution shall be issued by the Clerk for the full amount of the indebtedness certified to be due and outstanding.

6. Notice to the Defendants pursuant to Paragraph 5 above shall be deemed due and sufficient notice if sent by first class mail, postage prepaid to the defendant, Jolly Fry or Imogene Fry, P.O. Box 21, Walnut Ridge Arkansas 72476 or 807 SE 2nd St, Hoxie, Arkansas 72433, at least ten (10) days prior to the issuance of such execution.

CONSENTED TO:

CHRISTOPHER R. THYER
UNITED STATES ATTORNEY

_____          2/1/13
SHANNON S. SMITH                   Date
ASSISTANT U.S. ATTORNEY

_____          27 January 2013
IMOGENE FRY                        Date
DEFENDANT

_____          27 January 2013
JOLLY FRY                          Date
DEFENDANT


APPROVED: _____          6 February 2013
UNITED STATES MAGISTRATE JUDGE               Date